UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ST. CLAIR COUNTY, ILLINOIS, et al.,<br><br>     Plaintiffs,<br> v.<br><br>TRINITY HIGHWAY INDUSTRIES, INC., AND TRINITY HIGHWAY PRODUCTS, LLC,<br><br>     Defendants. | M.B.D No. 16-mc-91286-IT |

**AFFIDAVIT OF JONATHAN SABLONE IN SUPPORT OF
DEFENDANTS' RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE**

I, Jonathan Sablone, depose and state as follows:

1. I am a member in good standing of the bar of the Commonwealth of Massachusetts and I am admitted to practice before the United States District Court for the District of Massachusetts. I am a partner at Nixon Peabody LLP, which represents Defendants Trinity Industries, Inc. and Trinity Highway Products, LLC (together, "Trinity"). I submit this affidavit in support of Trinity's Response to the Court's Order to Show Cause, dated September 14, 2016, as to why the Court should not transfer Nonparty The Safety Institute, Inc.'s ("TSI's") motion to quash (the "Motion to Quash") (ECF No. 1) Trinity's subpoena dated August 16, 2016 (the "Subpoena").

2. Attached as Exhibit A is a true and accurate copy of a business entity summary for TSI, which I obtained from the Secretary of the Commonwealth of Massachusetts' website on September 20, 2016.

4810-3859-2057.1

3. Trinity Highway Products, LLC, a wholly-owned subsidiary of Trinity Industries, Inc., manufactures and sells, among other products, a leading highway guardrail end terminal product called the "ET Plus." The Trinity entities are named defendants in an action pending in the United States District Court for the Southern District of Illinois, captioned *St. Clair County, IL, et al. v. Trinity Industries, Inc. and Trinity Highway Products, LLC*, No. 14-cv-01320 (the "Underlying Action"). The ET Plus is at issue in that case. TSI is not a party to that case.

4. TSI funded a study, dated September 11, 2014, titled "In-Service Evaluation of FHWA-Approved End Terminals" (the "Study"). Attached as Exhibit B is a true and accurate copy of the Study.

5. On August 23, 2016, Trinity served the Subpoena upon TSI in-hand at TSI's place of business in Rehoboth, Massachusetts. Attached as Exhibit C is a true and accurate copy of the Subpoena.

6. TSI failed to object to the Subpoena's document requests within the fourteen day time period allowed under Rule 45(d)(2)(B).

7. Attached as Exhibit D is a true and accurate copy of an e-mail chain, the top message of which is an e-mail that I received from counsel for TSI on September 9, 2016 at 6:36 p.m. Exhibit D also contains a true and accurate copy of the document attached to the e-mail chain.

8. On September 9, 2016, the plaintiffs in the Underlying Action (but not TSI) filed a motion to quash Trinity's nonparty subpoena served upon TSI. Four days later, on September 13, 2016, TSI filed motions to quash and motions for protective order in both the Southern District of Illinois and the District of Massachusetts.

3

Signed under the penalties of perjury this 20th day of September, 2016.


*/s/ Jonathan Sablone*
Jonathan Sablone

4810-3859-2057.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document will be sent electronically through the ECF system to the registered participants and paper copies will be sent to those indicated as non-registered participants on this date.

Date: September 20, 2016           */s/ Jonathan Sablone*